# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 18, 2020

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Jerome Nathan Grant
           v. United States, et al.
           No. 20-5384
           (Your No. 19-1824)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 31, 2020 and placed on the docket August 18, 2020 as No. 20-5384.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst